IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC, a Delaware Corporation,<br><br>                Plaintiff,<br><br>                v.<br><br>JOHN DOES 1-10 d/b/a E-PHARMACY DIRECT,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-CV-1965 (NRB/DFE)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

PURSUANT TO Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff PFIZER INC hereby voluntary dismisses this action against JOHN DOES 1-10 d/b/a E-PHARMACY DIRECT, without prejudice.

Dated:   New York, New York
           September 30, 2005

                                            Respectfully submitted,

                                            WILMER CUTLER PICKERING
                                              HALE and DORR LLP

                                              _____
                                              Nels T. Lippert (NL-2581)
                                              Dyan Finguerra-DuCharme (DF-9228)
                                              Caren K. Khoo (CK-2972)
                                              399 Park Avenue
                                              New York, New York  10022
                                              Tel. 212-230-8800
                                              Fax. 212-230-8888

                                              Attorneys for Plaintiff Pfizer Inc